**Ahmed Malachi ABDEL–AZIZ, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 06–7611.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Jan. 4, 2007.

Ahmed Malachi Abdel–Aziz, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Malachi Abdel–Aziz seeks to appeal the district court's order construing Abdel–Aziz's Fed.R.Civ.P. 60(b) motion as a motion filed pursuant to 28 U.S.C. § 2255 (2000), and then dismissing it for lack of jurisdiction. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a

certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir. 2001) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)). We have independently reviewed the record and conclude that Abdel–Aziz has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003).

Accordingly, we deny a certificate of appealability and dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* To the extent Abdel–Aziz seeks to raise claims for the first time on appeal, we decline to

consider such claims. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).